Coldeportes:

## Susan Cañaveral, record holder in the high jump wears her first gold medal in Bogota

Monday, October 12, 2015

*There's a photo of Susan wearing the metal*

The cold and the capital gave the welcome to the first day at the national finals of the interschool Excel games (*Juegos Supérate Intercolegiados*) of 2015. At 8 o'clock in the morning at the athletic track of the high-performance center, the curtain was raised with the high jump.

The judges with their white flags and allocations with the red one, validated or not a jump. Attempts of each participant would raise the level and the support of the delegations and also instructions from the trainers that accompanied the girls were looking to elevate themselves as high as possible over the pole.

Susan Daniela Cañaveral Bastidas arrived at the scene from the Department of Quindío. Her athletic figure and hurl 1.72 cm height placed her in the group of candidates to take the title.

The same way like sheet supported her, as this was her fourth inter-college Excel games (*Juegos Supérate Intercolegiados*). In the 2012 edition, she occupied second-place in the infant category and since the following version, she has maintained first place.

In 2014, besides taking this gold medal, she imposed a national record in the infant category with a mark of 1.69 cm, record that she still keeps. This Monday, Susanna wore her third gold, this time in the category of minors, demonstrating her passion, progress and her devotion to the discipline.

Her History in the sport began when she was four years of age when her professor Luz Stella, from the Marco Fidel Suarez School of Pueblo Tapao, Montenegro, Quindío. This motivation made this athlete of 15 years of age that has represented Colombia into editions of the South American games in the infant category.

"I didn't know anything about the sport. When I started, I love the high jump a lot. When I would fall on the mat for me it was very fun and that's where everything began", Susan Daniela assured, she is currently in the 10th grade.

To become high-performance sports person has become her life project. Susan said her goal is to represent our country in the international contests. My dream in the long run is to

participate in the Diamond League "Liga de Diamante", would be my major achievement, as she s states with a smile.

With the same expression on her face, she was accompanied to the podium of the first inter-college Excel games (*Juegos Supérate Intercolegiados*). The shine and the expression in her blue eyes inaugurated the competition in the capital of Colombia. "To be the first gold medalist makes me very proud and more so because I will be in the Colombian selection thanks to this metal. It makes me very proud and for my department", she acknowledged, who also participates in the (Talentos Deportivos Postobón) Program Postebón Sports Talents.

Susan overcame her competition registering 1.66 cm, delivering to the department the first metal. "We are very happy. She is a great person, a girl who was well-educated and decent. Dedicate to her training and to her studies she is also an excellent student. We expect a lot from her in the future", acknowledged Jorge Enrique Bernal, trainer of the delegation of Quindío.

Susan Daniela Cañaveral has it very clear that she will dedicate herself to the sport to compete in "Ciclo Olimpico". Completing her part in the "*Juegos Supérate Intercolegiados*", she will continue her preparation for the event with a high standard. " I want to be sports person 100%. At this moment, I am preparing for the national games. I'm very dedicated to this to take with me a metal in my first participation".

"Supérate Intercolegiados" press

 **coldeportes**

Comunicados de Prensa
(/sala_prensa/comunicados_prensa)

Noticias Coldeportes
(/sala_prensa/noticias_coldeportes)

Alto rendimiento
(/sala_prensa/alto_rendimiento)

Noticias Supérate
(/sala_prensa/noticias_superate)

Eventos
(/sala_prensa/eventos)

Eventos Supérate
(/sala_prensa/eventos_superate)

Otras noticias
(/sala_prensa/otras_noticias)

Galería de imágenes
(/sala_prensa/galeria_imagenes)

Galeria de Videos
(/sala_prensa/galeria_videos)

Fotonoticia
(/sala_prensa/fotonoticia)

Campañas institucionales
(/sala_prensa/campanas_institucionales)

Usted está aquí: Inicio (/inicio) > Sala de Prensa (/sala_prensa) > Noticias Coldeportes (/sala_prensa/noticias_coldeportes) > Susan Cañaveral, recordista en salto de altura se colgó el primer oro en Bogotá

Arial   Georgia   Tahoma   Trebuchet MS   Verdana        a  a  a  a

0         0    G+1  0

*Quindío se subió a lo más alto del podio en la Final Nacional de Supérate Intercolegiados*

# Susan Cañaveral, recordista en salto de altura se colgó el primer oro en Bogotá

lunes, 12 de octubre de 2015



[+] Ampliar Imagen
(recursos_user/imagenes//2015/Superate/superate_intercolegiados_Susan_Canaveral.jpeg)

El frío capitalino le dio la bienvenida al primer día de la final nacional de los Juegos Supérate Intercolegiados 2015. A las 8 de la mañana en la pista atlética del Centro de Alto Rendimiento (CAR), se subió el telón de la prueba de salto de altura.

Los jueces, con la bandera blanca y en otras ocasiones con la roja, validaban o no un salto. Los intentos de cada participante subían el nivel y los cánticos de ánimo de las delegaciones así como las instrucciones de los entrenadores, acompañaban a las niñas que buscaban elevarse lo más alto posible para superar el listón.

En escena apareció Susan Daniela Cañaveral Bastidas del Departamento de Quindío. Su figura atlética y sus 1,72 centímetros de estatura la ubicaron en la baraja de candidatas a llevarse el título.

Igualmente, su hoja de vida la respaldaba, ya que estos eran sus cuartos Juegos Supérate Intercolegiados. En la edición del 2012, ocupó el segundo lugar en la categoría infantil y desde la siguiente versión, se mantuvo en el primer puesto.

En el 2014, además de llevarse la presea de oro, impuso récord nacional en la rama infantil con una marca de 1,69 centímetros, registro que aún se mantiene. Este lunes, Susan Daniela se colgó su tercer oro, esta vez en la categoría de menores, demostrando su pasión, progreso y entrega por esta disciplina.

Su historia en el atletismo comenzó hace cuatro años cuando su profesora Luz Stella, en el Colegio Marco Fidel Suárez de Pueblo Tapao, Montenegro (Quindío), le sugirió practicar salto de altura. Esta motivación ha hecho que la atleta de 15 años haya representado a Colombia en dos ediciones de los Juegos Suramericanos en la categoría infantil.

"No sabía nada de atletismo. Cuando empecé, me encantó mucho el salto alto. Cuando caía en la colchoneta para mí era muy divertido y ahí empezó todo", aseguró Susan Daniela, quien actualmente cursa décimo grado.

Llegar a ser deportista de alto rendimiento se ha convertido en su proyecto de vida. Susan se propuso representar a nuestro país en los certámenes internacionales. "Mi sueño a largo plazo es participar en la Liga de Diamante, sería mi mayor logro", cuenta con una sonrisa.

Esa misma expresión en su rostro, la acompañó en el primer podio de los Juegos Supérate Intercolegiados. El brillo y la expresión de sus ojos azules inauguraron las justas en la capital colombiana. "Ser la primera medallista de oro es un orgullo muy grande y más porque estaré en la Selección Colombia gracias a esta medalla. Es un orgullo para mí y para mi departamento", reconoció la quindiana, quien pertenece además al Programa de Talentos Deportivos Postobón.

Susan superó a sus contricantes con un registro de 1,66 centímetros, entregándole el primer metal a su departamento. "Estamos muy contentos. Es una gran persona, una niña muy educada y decente. Dedicada a su entrenamiento y a su estudio porque también es una excelente estudiante. Esperamos mucho de ella en el futuro", reconoció Jorge Enrique Bernal, entrenador de la delegación de Quindío.

Susan Daniela Cañaveral tiene claro que se va a dedicar al deporte para competir en el Ciclo Olímpico. Cumplida su actuación en los Juegos Supérate Intercolegiados, continuará con su preparación para un evento de un nivel superior. "Quiero ser

deportista 100%. En este momento, me estoy preparando para los Juegos Nacionales. Estoy muy dedicada a eso para llevarme una medalla en mi primera participación", puntualizó.

Prensa Supérate Intercolegiados

↑↑   Imprimir
(/sala_prensa/noticias_coldeportes/susan_canaveral_recordista_salto_756;

0
0  G+1  0

Enviar a un amigo

Bogotá D.C. 7 de diciembre de 2015

Política de privacidad condiciones de uso (/politicas_privacidad_condiciones_uso_sitio)

Última Actualización: lunes, diciembre 7, 2015

Departamento Administrativo del Deporte, la Recreación, la Actividad física y el Aprovechamiento del Tiempo Libre

Dirección: Av. 68 No 55-65 PBX: Conmutador 57-1- 4377030 / Linea Gratuita Nacional 01 8000 910 237 Fax: 2258747

Horario de Atención: Horario de Atencion: Lunes a Viernes (no festivos): 8:00 a.m. a 5:00 p.m.

- No. de visitas: 287

January 24, 2015

## Susan Daniela Canaveral, the highest jump of the country

*There is a photo of a young girl.*

This practicing high jump sports person has distinguished herself by being three times champ national champion, besides that the South American champion, and for establishing a national record, among other success.

Success in the sports field of Susan Daniela, made were the of court sports person of the future, within the ceremony that took place last Thursday in which is given a special recognition to the outstanding athletes of the departments.

**What were the Beginnings of her Sports career?**

It was in Marco Fidel Suarez de Pueblo Tapao College, Mayor's office of Montenegro, with the professor of physical education Luz Estela Garcia, but with her started to practice the high jump at the courts at the education institution; afterwards the professor told me to go practice at the track and in this place a trainer asks me if I liked the high jump, if I would like to practice and even though I am very young and I didn't know a whole lot about the discipline, I told him yes and that's how I got involved more and more in the sport.

**Why did this trainer invite you to get involved with other athletic disciplines when you were practicing the high jump?**

When we arrived the trainer saw me and immediately saw that I was in good shape for the high jump, he told us my father and I that I had long legs that are ideal for this sport. Besides that we accepted the invitation that he made to start practicing this activity because I was still studying in Pueblo Tapao, I live in Armenia it was much easier to travel to the track in this city to continue training.

**What have been the major achievements obtained in the high jump?**

The most important titles within my sports career have been: three times national champion, South American champion in the XX South American school games that took place in Aracajú, Brazil, and also last year I made a mark in the Excel National Sports Games "Juegos Deportivos Nacionales Supérate" that was established as a national record.

**What was the national record that you achieved?**

That achievement was of great importance as an athlete, it was something that filled me with much happiness something very big for me and for the department of Quindío which I was representing,

because when one competes in this type of event you hold dearly in your heart the department that you represent because that is where I'm from and it makes me proud to hear my name and from what region when the national records are made reference to.

**Do you consider yourself from Quindío even though you weren't born in this department?**

Yes, even the reality or was born and Caqueta, I consider myself from Quindío because it's the department where I have lived all my life, my parents brought me there when I was just two months old.

**What has been your focus to have these excellent results?**

I focus on working hard, to having constant training and to do it with a lot of discipline, and that is what permits me to keep growing in the sport and to move forward to obtain more success.

**What feelings in you arise when you're at the track about to start competition?**

I feel very good and it fills me with happiness just like being there competing is very important and represents, and even more doing it in the name of Quindío or of Columbia in case the South American wins. When I'm about to start filled with adrenaline and with an immense desire to jump and I do the best I can to do a good job.

**What type of advice which would give to the young people of Quindío?**

Not to be guided by the bad paths, to get involved in practicing sports or in some activity that they would like that would be good for them. It's not good to take the route of the drugs, violence or other harmful things, because that will take them nowhere, but by studying and practicing good things they will go far and be able to accomplish whatever dreams they have.

**By the way, what dreams do you want to accomplish?**

The biggest dream that I have is to become an Olympic champion and I know that with good training perseverance I will be able to accomplish this.

LA EMPRESA (contenido-cronica-titulo-cronica-del-quindio-id-1)   PAUTE (contenido-cronica-titulo-paute-id-2)
SUSCRIPCIONES (contenido-cronica-titulo-suscripciones-id-3)   TRABAJE CON NOSOTROS (main-trabaje)
PORTADA EN PDF (main-portada)   CONTACTAR AL EDITOR (main-contacto_editor)

.COM
(main-index)

INICIO (main-index)   NOTICIAS (main-index)   OPINIÓN (noticia-seccion-opinion) Diciembre, 2015

VARIEDADES (noticia-variedades)   BLOGUEROS (blog-cronicadelquindio)   Bu

CLASIFICADOS (clasificado-listado)   EDICTO (clasificado-edictos) ://tarjetaoro.cronicadelquindio.cor

Re: Heimar Alberto gregorio Cañaveral Escobar

LA SALIDA (NOTICIA-VARIEDADES)  /  Enero 24 de 2015  /  Comentarios

## Susan Daniela Cañaveral, el salto más alto del país

COMPARTIR:   G+ Compartir   0   Twittear (https://twitter.com/share)



Esta deportista practicante de salto alto se ha destacado por ser 3 veces campeona nacional, además de campeona suramericana y por haber logrado establecer un récord nacional, entre otros éxitos.

Los logros en el ámbito deportivo de Susan Daniela Cañaveral Bastidas, la hicieron merecedora del Acord Deportista del Futuro, dentro de la ceremonia que se llevó a cabo el pasado jueves en la que se da un especial reconocimiento a los atletas más destacados del departamento.

### ¿Cómo fueron sus inicios en el deporte?

Fueron en el colegio Marco Fidel Suárez de Pueblo Tapao, corregimiento de Montenegro, con la profesora de educación física Luz Estela García, pero con ella comencé a practicar salto largo en la cancha de la institución educativa; después la profesora me dijo que fuéramos a ensayar a la pista y en este lugar un entrenador me dijo que si a mí me gustaba el salto alto, que si me gustaría practicarlo y aunque estaba muy pequeña y no sabía mucho sobre esta disciplina, le dije que sí y de esta manera seguí involucrándome más y más en el atletismo.

### ¿Por qué estando practicando salto largo, este entrenador la invitó a involucrarse con otra disciplina atlética?

Cuando llegamos allí el entrenador me vio y de inmediato vio que yo tenía el físico corporal para el salto alto, él nos dijo, a mi papá y a mí, que yo tenía las piernas largas que son ideales para este deporte. Además aceptamos la invitación que nos hizo de comenzar a practicar esta actividad porque aunque yo estudio en Pueblo Tapao, vivo en Armenia y era más fácil para trasladarme hasta la pista en esta ciudad para seguir entrenando.

### ¿Cuáles han sido los logros más importantes que ha obtenido en el salto alto?

Los títulos más importantes dentro de mi carrera deportiva son: 3 veces campeona nacional, campeona suramericana en los XX Juegos Suramericanos Escolares realizados en Aracajú, Brasil, y además el año pasado hice una marca en los Juegos Deportivos Nacionales Supérate que quedó establecida como récord nacional.

### ¿Qué representó el récord nacional que logró?

Ese logro que es de gran importancia para uno como atleta, fue algo que me llenó de mucha alegría y algo muy grande para mí y para el departamento del Quindío al que estaba representando, ya que cuando uno compite en este tipo de eventos lleva por dentro el departamento al que se pertenece y es muy enorgullecedor escuchar el nombre de uno y el de la región cuando se refieren a un récord nacional.

### ¿Se considera quindiana aunque no nació en este departamento?

Sí, aunque yo realmente nací en Caquetá, me considero quindiana porque es el departamento en el que he residido toda la vida, pues mis padres me trajeron cuando apenas tenía dos meses de nacida.

**¿Cuál es el enfoque suyo para llegar a estos excelentes resultados?**

Yo me enfoco en trabajar duro, tener un entrenamiento constante y hacerlo con mucha disciplina, eso es lo que permite que uno siga creciendo en el deporte y que siga hacia adelante obteniendo triunfos.

**¿Qué sentimientos le surgen cuando está en una pista para iniciar una competencia?**

Me siento muy bien y me lleno de felicidad porque el solo hecho de estar allí compitiendo ya es muy importante y representativo, y más haciéndolo en nombre del Quindío o de Colombia en el caso del suramericano que gané. Cuando estoy en el punto de partida me lleno de adrenalina y de unas ganas inmensas de saltar ya y dejar lo mejor de mí allí para hacer una buena labor.

**¿Qué le aconseja a los jóvenes quindianos?**

Que no se guíen por malos caminos, que se involucren en prácticas deportivas o en actividades que les gusten pero que sean sanas. No es bueno tomar el rumbo de las drogas, la violencia o cosas perjudiciales ya que esto no los llevará a ninguna parte, mientras que con estudio y practicando cosas buenas llegarán lejos y cumplirán los sueños que tengan.

**A propósito de lo que dice, ¿Cuál es el sueño que quiere cumplir?**

El sueño más grande que tengo es llegar a ser campeona olímpica y sé que con el buen entrenamiento y la perseverancia lo voy a poder lograr.

PUBLICIDAD